PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

Name of Offender: Patrick Henry                                        Cr.: 2:02-CR-464-01

Name of Sentencing Judicial Officer: Honorable Katherine S. Hayden, United States District Judge

Date of Original Sentence: 11/15/02

Original Offense: Bank Fraud

Original Sentence: 50 months imprisonment, followed by five (5) years supervised release. Conditions: Drug treatment as approved by Probation, Full financial disclosure to Probation, and Defendant is not to open new lines of credit without Probation approval. Restitution: $42,482.97.

Type of Supervision: Supervised release                    Date Supervision Commenced: 11/06/04

Assistant U.S. Attorney: Scott Christie                    Defense Attorney: Catherine Donadio, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1. | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' On or about August 20, 2005, Henry left the District of New Jersey without the permission of his probation officer as evidenced by his arrest for Driving While Intoxicated and Driving without a License in Charlotte, North Carolina on that date. On or about September 20, 2005, Henry left the District of New Jersey without the permission of his probation officer as evidenced by his arrest by the Charlotte, North Carolina Police on charges of Identity Theft and Obtaining Property by False Pretenses on that date.

2. | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' By his own admission on September 6, 2005, Henry used an illegal narcotic (Cocaine) on or about September 4, 2005.

3. The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' On August 20, 2005, Henry was arrested by the Charlotte, North Carolina Police and charged with Driving While Intoxicated. He did not notify his probation officer within the requisite 72 hours regarding his arrest. On September 6, 2005, the offender admitted to this arrest after being questioned by Probation.

4. The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' On September 20, 2005, Henry was arrested by the Charlotte, North Carolina Police and charged with Financial Identity Fraud and Obtaining Money by False Pretenses.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer

Date: 09/21/05

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] Other

Signature of Judicial Officer

9/21/05
Date